# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

---

## UNITED STATES

### v.

### Senior Airman GEORGE A. MCINNIS
### United States Air Force

### ACM S32319

### 6 January 2016

Sentence adjudged 25 March 2015 by SPCM convened at Spangdahlem Air Base, Germany. Military Judge: Christopher F. Leavey (sitting alone).

Approved Sentence: Bad-conduct discharge, confinement for 45 days, and reduction to E-1.

Appellate Counsel for the Appellant: Captain Virginia M. Bare.

Appellate Counsel for the United States: Colonel Katherine E. Oler.

Before

MITCHELL, DUBRISKE, and BROWN
Appellate Military Judges

This opinion is issued as an unpublished opinion and, as such, does not serve as precedent under Rule of Practice and Procedure 18.4.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred.[1] Article 66(c), UCMJ, 10 U.S.C. § 866(c); United States v. Reed, 54 M.J. 37, 41 (C.A.A.F. 2000).

---

[1] We note the addendum to the staff judge advocate's recommendation (SJAR) did not specifically advise the convening authority of his mandatory requirement to consider the SJAR and the report of result of trial before taking action. *See* Rule for Courts-Martial 1107(b)(3)(A); Air Force Instruction (AFI) 51-201, *Administration of Military Justice*, ¶ 9.20.1.2 (6 June 2013). However, given the convening authority noted he reviewed all matters attached to the addendum, including the SJAR and report of result of trial, we find Appellant was not prejudiced. The consistent use of post-trial processing templates found in AFI 51-201 will eliminate unnecessary errors as found here and better facilitate accurate post-trial processing.

Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

LEAH M. CALAHAN
Clerk of the Court